UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE MARTIN BARRAGAN-LOPEZ (2),

        Defendant.

CASE NO. 11CR2656-WQH

FILED 11 NOV 17 PM 12:21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

_X_ the Court has granted the Defendant's Oral Rule 29 Motion.

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

Count 1: 21:952 and 960; 18:2 - Importation of Cocaine; Aiding and Abetting

Count 2: 21:952 and 960; 18:2 - Importation of Methamphetamine; Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 17, 2011

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE